# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MILAGROS CINTRON** | : | **CIVIL ACTION** |
| **v.** | : | |
| **BOSTON MARKET CORPORATION** | : | **NO. 19-4888** |

## ORDER

**NOW**, this 19th day of November, 2019, upon consideration of the Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** for lack of subject matter jurisdiction to the state court from which it was removed.

TIMOTHY J. SAVAGE, J.